UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00249-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROGER ENRIQUEZ-PENA,

    Defendant.

---

### ORDER

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, July 7, 2009,** and responses to these motions shall be filed by **Friday, July 17, 2009.**  It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions, if necessary, at a later date.  It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, August 10, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated:  June 16, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge